# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2370 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 49 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 33822 |
| | : | |
| DAVID LEONARD QUATRELLA, | : | (Out of State) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of July, 2019, upon consideration of the Verified Statement of Resignation, David Leonard Quatrella is disbarred on consent from the Bar of this Commonwealth retroactive to April 6, 2017, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).